JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO I. GOMEZ, Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>USF REDDAWAY, INC., a OREGON Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants | No. 2:16-cv-05572-JAK (FFMx)<br><br>**JUDGMENT** |

The Parties reached a settlement subject to Court approval as represented in the Settlement Agreement that was filed previously with this Court. This Court conducted a final approval hearing pursuant to this Court's previous Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order" (Dkt. 120)) and granted Plaintiffs' Motion for Final Approval of Class Action Settlement. Dkt. 122. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court finds there is jurisdiction over the parties to this action, including all Class Members.
2. Judgment is entered whereby Plaintiffs and Class Members, except those who excluded themselves from Settlement, shall take from Defendant only as expressly set forth in the Class Action Settlement, as approved in the Final Approval Order.
3. The Court reserves exclusive and continuing jurisdiction over this action, Plaintiffs, Class Members, and Defendant, for the purposes of:
   a. supervising the implementation, enforcement, construction, and interpretation of the Settlement, the Preliminary Approval Order, the plan of allocation, the Final Approval Order, and the Judgment; and
   b. supervising distribution of amounts paid under this Settlement.
4. This action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 21, 2020

John A. Kronstadt
United States District Judge